**COZEN OCONNOR**
Valerie D. Rojas (State Bar No. 180041)
*vrojas@cozen.com*
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Telephone: 213.892.7900
Facsimile: 213.892.7999

Michael D. Rafalko *(Admitted Pro Hac Vice)*
*mrafalko@cozen.com*
Allison B. Goldis *(Admitted Pro Hac Vice)*
*agoldis@cozen.com*
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 198103
Telephone: 215.665.4611
Facsimile: 215.372.2360

Attorneys for Plaintiff *Transamerica Life Insurance Company*

**WYATT LAW**
Andrew M. Wyatt
20750 Ventura Boulevard, Suite 440
Woodland Hills, CA 91364
Telephone: 818.710.3813
Fax: 818.710-1938

Attorney for Defendant *Fredya Jones*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>FREDYA JONES,<br><br>    Defendant. | Case No.: 2:20-cv-02350-PSG-PVC<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE**<br><br>Judge: Hon. Philip S. Gutierrez/<br>Magistrate Judge: Hon. Pedro V. Castillo |

**TO THE COURT AND ALL INTERESTED PARTIES:**

NOTICE IS HEREBY GIVEN that the above-referenced matter between

Plaintiff Transamerica Life Insurance Company ("Transamerica") and Defendant

-1-

LEGAL\50341293\1

Fredya Jones ("Jones") (collectively, the "Parties") has been settled in principle subject to the execution of a mutually acceptable settlement agreement and release. The Parties expect that a written settlement agreement will be executed within the next forty-five (45) days. Upon execution of the settlement agreement, Transamerica will file a notice of dismissal of the action. Accordingly, the parties request that the Court vacate all presently calendared dates and that this matter be taken off the active trial calendar.

Respectfully submitted,

Dated: 1/12/2021

COZEN O'CONNOR

By:  /s/ Allison B. Goldis
Valerie D. Rojas
Michael D. Rafalko *(Admitted Pro Hac Vice)*
Allison B. Goldis *(Admitted Pro Hac Vice)*

Attorneys for Plaintiff
TRANSAMERICA LIFE INSURANCE COMPANY

Dated: 1/11/2021

WYATT LAW

"/s" Andrew M. Wyatt
By:_____
Andrew M. Wyatt

Attorneys for Defendant
FREDYA JONES

LEGAL\50341293\1