**COZEN OCONNOR**
Valerie D. Rojas (State Bar No. 180041)
vrojas@cozen.com
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Telephone: 213.892.7900
Facsimile: 213.892.7999

Michael D. Rafalko *(Admitted Pro Hac Vice)*
mrafalko@cozen.com
Allison B. Goldis *(Admitted Pro Hac Vice)*
agoldis@cozen.com
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 198103
Telephone: 215.665.4611
Facsimile: 215.372.2360

Attorneys for Plaintiff *Transamerica Life Insurance Company*

**WYATT LAW**
Andrew M. Wyatt
20750 Ventura Boulevard, Suite 440
Woodland Hills, CA 91364
Telephone: 818.710.3813
Fax: 818.710-1938

Attorney for Defendant *Fredya Jones*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>FREDYA JONES,<br><br>    Defendant. | Case No.: 2:20-cv-02350-PSG-PVC<br><br>**JOINT STIPULATION RE DISMISSAL**<br><br>Assigned to Hon. Judge Philip S. Gutierrez/<br>Magistrate Judge: Hon. Pedro V. Castillo |

Plaintiff Transamerica Life Insurance Company ("Transamerica") and Defendant Fredya Jones ("Jones") (collectively, "the Parties") hereby stipulate and

-1-

agree that Transamerica's Complaint may now be dismissed. This matter has been settled pursuant to written settlement agreement and release ("the Agreement"). The Agreement calls for a dismissal without prejudice of Transamerica's claims against Jones until she has fully performed all obligations arising under the Agreement. When Jones has fully performed all obligations arising under the Agreement, dismissal of the lawsuit shall be deemed to be with prejudice. Each party shall bear its own attorney fees and costs in connection with the litigation. The Parties jointly request that the Court enter the attached Order of Dismissal.

                                    Respectfully submitted,

Dated: April 16, 2021            COZEN O'CONNOR

                                By:  */s/ Valerie D. Rojas*
                                      Valerie D. Rojas
                                      Michael D. Rafalko *(Admitted Pro Hac Vice)*
                                      Allison B. Goldis *(Admitted Pro Hac Vice)*

                                    Attorneys for Plaintiff
                                    TRANSAMERICA LIFE INSURANCE COMPANY

Dated: April 15, 2021

                                WYATT LAW

                               By:  */s/ Andrew M. Wyatt*
                                   Andrew M. Wyatt

                                  Attorneys for Defendant
                                  FREDYA JONES