FILED
CLERK, U.S. DISTRICT COURT
4/16/21
CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

link 23

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FREDYA JONES,<br><br>Defendant. | Case No.: 2:20-cv-02350-PSG-PVC<br><br>[~~PROPOSED~~] ORDER RE DISMISSAL<br><br>Assigned to Hon. Judge Philip S. Gutierrez/<br>Hon. Magistrate Judge Pedro V. Castillo |

Having considered the Joint Stipulation of Dismissal filed by Plaintiff Transamerica Life Insurance Company ("Transamerica") and Defendant Fredya Jones ("Jones"), the Court rules as follows:

1. Transamerica's Complaint is DISMISSED, without prejudice.
2. The Court shall retain jurisdiction over the settlement between the parties.
3. Each party shall bear its own attorney fees and costs in connection with the litigation.

IT IS SO ORDERED.

Dated: 4/16/21

_____
Honorable Philip S. Gutierrez

-1-